UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANA ISABEL RODRIGUEZ-SALGADO
And FELIPE MENDOZA-QUIROZ,
individually and on behalf of their
minor children ALYSON MENDOZA
RODRIGUEZ and SHANTI MENDOZA
RODRIGUEZ,

        Plaintiffs,

v.                                    Case No. 1:16-CV-00288 KBM-WPL

SEAN WEST BAGGS and
BNSF RAILWAY COMPANY,

        Defendants.

## ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Motion to Approve Settlement and Dismiss with Prejudice [Doc. No. 67] and the Court having considered the motion and being otherwise advised of the relevant facts, the Court hereby enters its Order granting the motion as follows:

1. The settlement reached by Plaintiffs and Defendants, including on behalf of the above captioned minor children, is in the best interest of justice and hereby approved.

2. All claims that were or could have been made in the above captioned action shall be and hereby are dismissed *with prejudice*.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above captioned matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

                                                */s/ Karen B. Molzen*
                                    HONORABLE JUDGE KAREN B. MOLZEN

Approved by:

ATKINSON, BAKER & RODRIGUEZ, P.C.

*/s/ Justin D. Rodriguez*
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM  87102
(505) 764-8111
jrodriguez@abrfirm.com
*Attorneys for Defendants Sean West*
*Baggs and BNSF Railway Company*

And

McBRIDE, SCICCHITANO & LEACOX, P.A.

*/s/ approved electronically 11.10.16*
Nicholas A. Norden
2455 Louisiana Blvd. NE, Suite 2200
Albuquerque, NM  87110
505-796-8092
nnorden@mslfirm.com
*Attorneys for Plaintiffs*